| **Information to identify the case:** | |
|---|---|
| Debtor 1: **Antoinette A. Lesure** (First Name Middle Name Last Name) | Social Security number or ITIN **xxx–xx–9101** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): (First Name Middle Name Last Name) | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** <br> Case number: **19–25255** | Date case filed for chapter **7   9/6/19** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Antoinette A. Lesure | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8649 S Keeler <br> Apt 1 <br> Chicago, IL 60652 | |
| 4. | **Debtor's attorney** <br> Name and address | David M Siegel <br> David M. Siegel & Associates <br> 790 Chaddick Drive <br> Wheeling, IL 60090 | Contact phone 847 520–8100 <br> Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Deborah Kanner Ebner <br> P. O. BOX 929 <br> GLENVIEW, IL 60025 | Contact phone (312) 9223838 Ext. 1 <br> Email: dkebner@debnertrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                 page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 9/9/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 7, 2019 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/6/20** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 19-25255-LAH
Antoinette A. Lesure                                              Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: arodarte         Page 1 of 2        Date Rcvd: Sep 09, 2019
                        Form ID: 309A          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
db         +Antoinette A. Lesure,    8649 S Keeler,    Apt 1,    Chicago, IL 60652-3613
28176540   +Cleophus Lesure,    2611 W. 82nd St.,    Chicago, IL 60652-2861
28176545   +Discover Personal Loans,    PO Box 15316,    Wilmington, DE 19850-5316
28176546   +FNB Omaha,    Bankruptcy Department,    PO Box 3437,    Omaha, NE 68103-0437
28176549   +Pacific Union Financial,    1603 Lyndon B. Johnson Fwy.,    Farmers Branch, TX 75234-6071
28176550   +Safeco Insurance Companies,    PO Box 6487,    Carol Stream, IL 60197-6487
28176551    Sallie Mae,    Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: davidsiegelbk@gmail.com Sep 10 2019 02:00:30     David M Siegel,
             David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr         +EDI: FDKEBNER Sep 10 2019 05:38:00      Deborah Kanner Ebner,    P. O. BOX 929,
             GLENVIEW, IL 60025-0929
28176536    EDI: CAPITALONE.COM Sep 10 2019 05:38:00      Cap One,    15000 Capital One Dr,
             Richmond, VA 23238
28176538    EDI: WFNNB.COM Sep 10 2019 05:38:00      CB/Avenue,    PO Box 330066,    NorthGlenn, CO 80233-8066
28176537   +EDI: CAPITALONE.COM Sep 10 2019 05:38:00      Cap One,    10700 Capital One Way,
             Richmond, VA 23060-9243
28176539   +EDI: CHASE.COM Sep 10 2019 05:38:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
             Wilmington, DE 19850-5298
28176541   +EDI: CCS.COM Sep 10 2019 05:38:00      Credit Collection Services,    725 Canton Street,
             Norwood, MA 02062-2679
28176542    EDI: CRFRSTNA.COM Sep 10 2019 05:38:00      Credit First National Assoc.,    PO Box 81315,
             Cleveland, OH 44181-0315
28176543   +E-mail/Text: group_legal@creditunion1.org Sep 10 2019 02:05:18      Credit Union 1,
             450 E 22nd Street,    Lombard, IL 60148-6176
28176544    EDI: DISCOVER.COM Sep 10 2019 05:38:00      Discover Financial Services,    PO Box 15316,
             Wilmington, DE 19850
28176547    EDI: PHINGENESIS Sep 10 2019 05:38:00      Genesis,    15220 NW GREENBRIER PKWY,    Suite 200,
             Beaverton, OR 97006-5762
28176548    E-mail/Text: bncnotices@becket-lee.com Sep 10 2019 02:03:10     Kohl/Capital One,    PO Box 3115,
             Milwaukee, WI 53201-3115
28176553    EDI: RMSC.COM Sep 10 2019 05:38:00      SYNCB/Care Credit,    Bankruptcy Department,
             PO Box 965061,    Orlando, FL 32896-5061
28176554    EDI: RMSC.COM Sep 10 2019 05:38:00      SYNCB/SAM'S CLUB DC,    Bankruptcy Deptartment,
             PO Box 965060,    Orlando, FL 32896-5060
28176552    EDI: NAVIENTFKASMSERV.COM Sep 10 2019 05:38:00      Sallie Mae,    PO Box 9500,
             Wilkes Barre, PA 18773-9500
28179257   +EDI: RMSC.COM Sep 10 2019 05:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
28176555   +EDI: WFNNB.COM Sep 10 2019 05:38:00      WFNNB/Avenue,    Bankruptcy Department,    PO Box 182789,
             Columbus, OH 43218-2789
                                                                                                TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: arodarte              Page 2 of 2                   Date Rcvd: Sep 09, 2019
                               Form ID: 309A               Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
         David M Siegel    on behalf of Debtor 1 Antoinette A. Lesure davidsiegelbk@gmail.com,
          R41057@notify.bestcase.com;johnellmannlaw@gmail.com
         Deborah   Kanner Ebner    dkebner@debnertrustee.com,   dke@trustesolutions.net,
          IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                  TOTAL: 3