IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| ANTOINETTE A. LESURE, | ) NO.: 19-25255 |
| | ) |
| Debtor. | ) CHAPTER 7 |
| | ) |
| | ) JUDGE: LASHONDA A. HUNT |
| | ) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON October 9, 2019 at 10:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, U.S. Bankruptcy Judge, 219 S. Dearborn, Room 719, Chicago, Illinois 60604, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on September 30, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC
*/s/Toni  Townsend*
Toni  Townsend
ARDC# 6289370
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## NOTICE OF MOTION ADDRESSES

To Trustee:  *by Electronic Notice through ECF*
Deborah Kanner Ebner
P. O. BOX 929
GLENVIEW, IL 60025

To Debtor:  *Served via U.S. Mail*
Antoinette A. Lesure
2611 W 82Nd St
Chicago, Il 60652

Antoinette A. Lesure
8649 S Keeler
Apt 1
Chicago, IL 60652

To Attorney:  *by Electronic Notice through ECF*
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| ANTOINETTE A. LESURE, | ) | NO.: 19-25255 |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: LASHONDA A. HUNT |
| | ) | |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Nationstar Mortgage LLC d/b/a Mr. Cooper by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 2611 W. 82nd Street, Chicago, Illinois 60652 be Modified stating as follows:

1. On September 06, 2019, the above captioned Chapter 7 was filed.

2. Nationstar Mortgage LLC d/b/a Mr. Cooper services the first mortgage lien on the property located at 2611 W. 82nd Street, Chicago, Illinois 60652.

3. The debt is based on a January 25, 2013, Mortgage and Note in the original sum of $194,452.00.

4. As of September 11, 2019, the funds necessary to pay off Nationstar Mortgage LLC d/b/a Mr. Cooper on the above captioned account were approximately $204,689.66. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. The Debtor's schedules list the fair market value of said property at $119,595.00.

5. The account is currently due and owing to Nationstar Mortgage LLC d/b/a Mr. Cooper for the September 2017 current mortgage payment and those thereafter.

6. Attorney's fees and costs for this motion are due in the amount of $931.00.

7. The Debtor's mailing address is different from 2611 W. 82nd Street, Chicago, Illinois 60652.

8. The Debtor has no equity in the property located at 2611 W. 82nd Street, Chicago, Illinois 60652 for the benefit of unsecured creditors.

9. Nationstar Mortgage LLC d/b/a Mr. Cooper continues to be injured each day it remains bound by the Automatic Stay.

10. Nationstar Mortgage LLC d/b/a Mr. Cooper is not adequately protected.

11. The property located at 2611 W. 82nd Street, Chicago, Illinois 60652 is not necessary for the Debtor's reorganization.

12. The Debtor has scheduled an intention to surrender the property.

13. Nationstar Mortgage LLC d/b/a Mr. Cooper directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay.

14. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and for such other relief as this Court deems just.

Nationstar Mortgage LLC d/b/a Mr. Cooper

McCalla Raymer Leibert Pierce, LLC

By:     */s/Toni Townsend*
            Toni Townsend
            Illinois Bar No. 6289370
            Attorney for Creditor
            1 N. Dearborn Suite 1200
            Chicago, IL 60602
            Phone: (312) 346-9088
            Fax: (312) 551-4400
            Email: ILpleadings@mrpllc.com