**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Antoinette A. Lesure** | Social Security number or ITIN **xxx–xx–9101** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | |
| Case number: | **19–25255** | |

## Order of Discharge                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Antoinette A. Lesure

January 7, 2020                                                      **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                          United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 19-25255-DDC
Antoinette A. Lesure                                                Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cward1              Page 1 of 2           Date Rcvd: Jan 07, 2020
                              Form ID: 318              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
```
db             +Antoinette A. Lesure,    8649 S Keeler,    Apt 1,    Chicago, IL 60652-3613
28176540       +Cleophus Lesure,    2611 W. 82nd St.,    Chicago, IL 60652-2861
28176545       +Discover Personal Loans,    PO Box 15316,    Wilmington, DE 19850-5316
28176546       +FNB Omaha,    Bankruptcy Department,    PO Box 3437,    Omaha, NE 68103-0437
28191562       +Nationstar Mortgage LLC d/b/a Mr. Cooper,     c/o McCalla Raymer Leibert Pierce, LLC,
                 Bankruptcy Department,    1544 Old Alabama Road,    Roswell, GA 30076-2102
28195394       +Nationstar Mortgage LLC d/b/a Mr. Cooper,     c/o McCalla Raymer Leibert Pierce, LLC,
                 1 N. Dearborn Suite 1200,    Chicago IL 60602-4337
28176549       +Pacific Union Financial,    1603 Lyndon B. Johnson Fwy.,    Farmers Branch, TX 75234-6071
28176550       +Safeco Insurance Companies,    PO Box 6487,    Carol Stream, IL 60197-6487
28176551        Sallie Mae,   Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
28176536        EDI: CAPITALONE.COM Jan 08 2020 07:33:00      Cap One,    15000 Capital One Dr,
                 Richmond, VA 23238
28176538        EDI: WFNNB.COM Jan 08 2020 07:33:00      CB/Avenue,    PO Box 330066,    NorthGlenn, CO 80233-8066
28176537       +EDI: CAPITALONE.COM Jan 08 2020 07:33:00      Cap One,    10700 Capital One Way,
                 Richmond, VA 23060-9243
28176539       +EDI: CHASE.COM Jan 08 2020 07:43:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
28176541       +EDI: CCS.COM Jan 08 2020 07:43:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
28176542        EDI: CRFRSTNA.COM Jan 08 2020 07:33:00      Credit First National Assoc.,    PO Box 81315,
                 Cleveland, OH 44181-0315
28176543       +E-mail/Text: group_legal@creditunion1.org Jan 08 2020 03:17:40       Credit Union 1,
                 450 E 22nd Street,    Lombard, IL 60148-6176
28176544        EDI: DISCOVER.COM Jan 08 2020 07:33:00      Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850
28176547        EDI: PHINGENESIS Jan 08 2020 07:43:00      Genesis,    15220 NW GREENBRIER PKWY,    Suite 200,
                 Beaverton, OR 97006-5762
28176548        E-mail/Text: bncnotices@becket-lee.com Jan 08 2020 03:14:21       Kohl/Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
28176553        EDI: RMSC.COM Jan 08 2020 07:33:00      SYNCB/Care Credit,    Bankruptcy Department,
                 PO Box 965061,    Orlando, FL 32896-5061
28176554        EDI: RMSC.COM Jan 08 2020 07:33:00      SYNCB/SAM'S CLUB DC,    Bankruptcy Deptartment,
                 PO Box 965060,    Orlando, FL 32896-5060
28176552        EDI: NAVIENTFKASMSERV.COM Jan 08 2020 07:43:00      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
28179257       +EDI: RMSC.COM Jan 08 2020 07:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
28176555       +EDI: WFNNB.COM Jan 08 2020 07:33:00      WFNNB/Avenue,    Bankruptcy Department,    PO Box 182789,
                 Columbus, OH 43218-2789
                                                                                                TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: cward1            Page 2 of 2                  Date Rcvd: Jan 07, 2020
                               Form ID: 318            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:

```
              Dana N O'Brien    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dana.obrien@mccalla.com, NDistrict@mccalla.com
              David M Siegel    on behalf of Debtor 1 Antoinette A. Lesure davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com, dke@trustesolutions.net,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul B. Fichter    on behalf of Creditor    Credit Union 1 pfichter@creditunion1.org,
               lmichel@creditunion1.org;group_legal@creditunion1.org
              Toni  Townsend    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               toni.townsend@mccalla.com, northerndistrict@mccalla.com
                                                                                              TOTAL: 6
```